UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PREPARED FOOD PHOTOS, INC.
Formerly known as Adlife Marketing &
Communications Co., Inc.,

      Plaintiff,

v.

      Case No. 22-cv-12837
      Hon. Matthew F. Leitman

DOBRYS, INC., doing business
as Dobrys Market,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated:  December 22, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 22, 2022, by electronic means and/or ordinary mail.

      s/Holly A. Ryan
      Case Manager
      (313) 234-5126